UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ERIC JOHNSON, also known as Debah J. Smith,

                    Plaintiff,

         v.                                       9:08-CV-158
                                                           (FJS/DRH)

ANKESH NIGAM; RODGERS, John Doe;
AYSHIA ENU, Physician, Hudson Correctional
Facility; PETER BOGARSKI; REUTENEAUR,
Jane Doe; MCCOY, John Doe; H.M. MILES;
JOYCE DUKE; WOLFF, John Doe; ROTHER,
Jane Doe; GEORGE, John Doe; TESTO, John
Doe; PETER BEHRLE; M. GRAZIANO;
MICHAEL AMBROSINO; PHILIP HEATH;
T. MAHAR, Senior Correction Counselor,
Greene Correctional Facility; T. GAINES;
CAULFEILD, John Doe; JOHN DOE 1;
JOHN DOE 2; KAREN MEICHT, Nurse,
Hudson Correctional Facility; WINNIE,
Lieutenant, Hudson Correctional Facility;
and COFFEY, John Doe,

                    Defendants,
                    Cross-Claimants,
                    and Cross-Defendants.
_____

APPEARANCES                                                      OF COUNSEL

**ERIC JOHNSON also known**
**as Debah J. Smith**
Brooklyn, New York 11213
Plaintiff *pro se*

**D'AGOSTINO, KRACKELER, MAGUIRE**          MAE A. D'AGOSTINO, ESQ.
**& CARDONA, P.C.**                                   MIA D. VANAUKEN, ESQ.
The Sage Mansion
16 Sage Estate
Menands, New York 12204
Attorneys for Defendants Nigam and Rodgers

| | |
|---|---|
| **OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL** <br> The Capitol <br> Albany, New York 12224-0341 <br> Attorneys for Defendants Enu, Bogarski, Reuteneaur, McCoy, Miles, Duke, Wolff, Rother, George, Testo, Behrle, Graziano, Ambrosino, Heath, Mahar, Gaines, Caulfeild, Meicht, Winnie and Coffey | **DEAN J. HIGGINS, AAG** |

**SCULLIN, Senior Judge**

### ORDER

Plaintiff, formerly an inmate in the custody of the New York State Department of Correctional Services ("DOCS"), commenced this action pursuant to 42 U.S.C. §§ 1983, 1985, alleging that Defendants, twenty-one DOCS employees and two private physicians, violated his constitutional rights under the Eighth and Fourteenth Amendments. *See, generally*, Amended Complaint. On February 2, 2010, Defendants Nigam and Rodgers, the two private physicians, moved for summary judgment. *See* Dkt. No. 94. Plaintiff opposed that motion. *See* Dkt. No. 113. In a Report-Recommendation and Order dated August 30, 2010, Magistrate Judge Homer recommended that this Court grant Defendants Nigam and Rodgers' motion for summary judgment. *See* Dkt. No. 114 at 20. Magistrate Judge Homer also dismissed all the cross-claims of all Defendants. *See id.* at 21. The parties did not file any objections to Magistrate Judge Homer's Report-Recommendation and Order.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and

footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Homer's August 30, 2010 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Homer's August 30, 2010 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants Nigam and Rodgers' motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that the cross-claims of all Defendants are **DISMISSED**; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 18, 2010
          Syracuse, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　Frederick J. Scullin, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Court Judge